**SONALI MODY,**
30 Main Street, Apt. 9F
Brooklyn, NY 11201,

   -And-

**DARSHAN LAKHANI,**
2728 Thomson Avenue, Apt. 814
Long Island City, NY 1101,

   -And-

**LAKHANI ASSOCIATES, LLC,**
30 Kristy Lane
Watchung, NJ 07069,

    *Defendants*.

## WAIVER OF SUMMONS

To: Damian L. Albergo Esquire
   Cole Schotz P.C.
   Court Plaza North
   25 Main Street
   Hackensak, NJ 07601

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

On behalf of Cole Schotz P.C, I agree to save the expense of serving a summons and complaint in this case.

I understand that Cole Schotz P.C. will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that Cole Schotz P.C. waives any objections to the absence of a summons or of service.

I also understand that Cole Schotz P.C. must file and serve an answer or a motion under Rule 12 within 60 days from July 19, 2017, the date when this request was sent. If Cole Schotz P.C. fails to do so, a default judgment will be entered against Cole Schotz P.C.

*Rec'd 7/31/17 ct*

_____
(Signature)

Damian Alberyo
(Printed name)

25 Main Street, Hackensack NJ 07602
(Address)

dalbego@roleschote.com
(E-mail address)

801-4189-3000
(Telephone number)

Date: 7/26/2017